NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TARVARIS HARRIS,                              )
                                             )
            Appellant,                        )
                                             )
v.                                            )          Case No. 2D19-1344
                                             )
STATE OF FLORIDA,                             )
                                             )
            Appellee.                         )
_____ )


Opinion filed September 18, 2020.

Appeal from the Circuit Court for DeSoto
County; Don T. Hall, Judge.

Tarvaris Harris, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.